FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2018 APR -9 PM 3:02

CLERK_____
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# DUBLIN DIVISION

IN RE: )
) CASE NO:
LEAVE OF ABSENCE REQUEST )
FOR TARA M. LYONS ) CR317-009, U. S. v. Sanchez-Vega
June 7 – June 15, 2018 )
)

## ORDER

Tara M. Lyons having made application to the Court for leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

IT IS HEREBY ORDERED THAT Tara M. Lyons be granted leave of absence for the following period: June 7 – June 15, 2018.

This 9th day of April 2018.

_____
THE HONORABLE DUDLEY H. BOWEN, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA